■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE E. RICE, III, Appellant. — Appeal from a judgment of the County Court of Schuyler County (Ellison, J.), rendered September 8, 1980, convicting defendant upon his plea of guilty of the crime of escape in the second degree. Judgment affirmed (see *People v Nichols,* 82 AD2d 632). Kane, J. P., Main, Mikoll, Weiss and Herlihy, JJ., concur.